COPY

FILED 11 APR 29 PM 3:06 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES BY: ___

1  **BRYAN CAVE LLP**
   Jed White (California Bar No. 232339)
2  120 Broadway, Suite 300
   Santa Monica, California 90401-2386
3  Telephone:(310) 576-2100
   Facsimile:(310) 576-2200
4  Email:jed.white@bryancave.com

5
   Attorneys for Defendants MEHUL PATEL
6  aka MIKE PATEL; CHIRAG PATEL
   aka CHUCK PATEL; SAGESTAR
7  MANAGEMENT GP, LLC; SAGESTAR
   HOLDINGS, LTD; DENISON LODGING, LLC;
8  CORSICANA LODGING, LLC; DAXESH
   PATEL; SANJAY PATEL; and ENNIS
9  LODGING, LLC

10

11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13  **CV11-03724**ODW(Ex)

14  MANMOHAN CHHABRA; PARSHOTAM       | Case No. _____
    KAMBOJ; RANJIT SINGH; DARSHAN
15  SINGH; SHERBIR SANT; SURINDER-     | [Los Angeles Superior Court
    PAL ARORA; SURINDER-PAL ARORA;     | Case No. BC438430]
16  SANTOKH ARORA; and PACIFIC
    HOSPITALITY, LLC. a Texas limited  | **CORPORATE DISCLOSURE**
17  liability company,                 | **STATEMENT**

18      Plaintiffs,                    | [F.R.C.P. 7.1]

19      v.                             | Complaint Filed: May 25, 2010
                                       | Trial Date: None Set
20  MEHUL PATEL aka MIKE PATEL;
    CHIRAG PATEL aka CHUCK PATEL;
21  JAGMOHAN DHILLON; SAGESTAR
    MANAGEMENT GP, LLC, a Texas limited
22  liability company; SAGESTAR
    HOLDINGS, LTD, a Texas limited
23  partnership; DENISON LODGING, LLC, a
    Texas limited liability company;
24  CORSICANA LODGING LLC, a Texas
    limited liability company, and Does
25  1 through 100 Inclusive.

26

27      Defendants.

28

SM.835126

CORPORATE DISCLOSURE STATEMENT

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for defendants Mehul Patel aka Mike Patel; Chirag Patel aka Chuck Patel; Sagestar Management GP, LLC; Sagestar Holdings, Ltd; Denison Lodging, LLC; Corsicana Lodging, LLC; Daxesh Patel; Sanjay Patel; and Ennis Lodging, LLC (collectively, "Defendants") certifies based on current knowledge the following:

1. Sagestar Management GP, LLC is a Texas limited liability company wholly owned by its member Mehul Patel.

2. Sagestar Holdings, Ltd. is a Texas limited partnership wholly owned by its partners Sagestar Management GP, LLC. and Sanjay Patel.

3. Denison Lodging, LLC is a Texas limited liability company wholly owned by its member Sanjay Patel.

4. Corsicana Lodging, LLC is a Texas limited liability company wholly owned by its members Mehul Patel, Sanjay Patel, and Chirag Patel.

5. Ennis Lodging, LLC is a Texas limited liability company wholly owned by its member Daxesh Patel.

Dated: April 29, 2011

BRYAN CAVE LLP

_____
Jed P. White

Attorneys for Defendants MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; SAGESTAR MANAGEMENT GP, LLC; SAGESTAR HOLDINGS, LTD; DENISON LODGING, LLC; CORSICANA LODGING, LLC; DAXESH PATEL; SANJAY PATEL; and ENNIS LODGING, LLC