**BRYAN CAVE LLP**
Jed White (California Bar No. 232339)
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: jed.white@bryancave.com

Attorneys for Defendants MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; SAGESTAR MANAGEMENT GP, LLC; SAGESTAR HOLDINGS, LTD; DENISON LODGING, LLC; CORSICANA LODGING, LLC; DAXESH PATEL; SANJAY PATEL; and ENNIS LODGING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANMOHAN CHHABRA; PARSHOTAM KAMBOJ; RANJIT SINGH; DARSHAN SINGH; SHERBIR SANT; SURINDER-PAL ARORA; SURINDER-PAL ARORA; SANTOKH ARORA; and PACIFIC HOSPITALITY, LLC. a Texas limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; JAGMOHAN DHILLON; SAGESTAR MANAGEMENT GP, LLC, a Texas limited liability company; SAGESTAR HOLDINGS, LTD, a Texas limited partnership; DENISON LODGING, LLC, a Texas limited liability company; CORSICANA LODGING, LLC, a Texas limited liability company, DAXESH PATEL; SANJAY PATEL; and ENNIS LODGING, LLC, a Texas limited liability company.<br><br>Defendants. | Case No. CV11-03724-RGK (VBKx)<br><br>**ANSWER TO COMPLAINT BY ENNIS LODGING, LLC**<br><br>Complaint Filed: May 25, 2010<br>Trial Date: None Set |

SM01DOCS\836053.2

Defendant Ennis Lodging, LLC, a Texas limited liability company, hereby files this Answer to Plaintiffs' Amended Complaint dated March 3, 2011, which added Ennis Lodging, LLC ("Ennis Lodging") as a Defendant to this suit and was received by Ennis Lodging on April 20, 2011. In answering, Ennis Lodging responds to the allegations set forth in Plaintiffs' Original Complaint ("Plaintiffs' Complaint"), which was attached to the Amended Complaint form that named Ennis Lodging as a Defendant. Ennis Lodging denies the allegations and characterizations in Plaintiffs' Complaint unless expressly admitted below.

## ANSWER

1. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 1 of Plaintiffs' Complaint and therefore denies the same.

2. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 2 of Plaintiffs' Complaint and therefore denies the same.

3. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 3 of Plaintiffs' Complaint and therefore denies the same.

4. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 4 of Plaintiffs' Complaint and therefore denies the same.

5. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 5 of Plaintiffs' Complaint and therefore denies the same.

6. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 6 of Plaintiffs' Complaint and therefore denies the same.

7. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 7 of Plaintiffs' Complaint and therefore denies the same.

8. Based upon public records available from the Texas Secretary of State, Ennis Lodging admits that Plaintiff Pacific Hospitality is a Texas limited liability company. To the extent the paragraph contains further content or allegations, Ennis Lodging denies such allegations and content.

9. Ennis Lodging admits Defendant Mehul Patel (aka Mike Patel) is and at all time relevant herein was a resident of Rockwall, Texas.

10. Ennis Lodging admits Defendant Chirag Patel (aka Chuck Patel) is and at all time relevant herein was a resident of Euless, Texas.

11. Ennis Lodging denies the allegations in Paragraph 11 of Plaintiffs' Complaint. Based upon information and belief, Ennis Lodging understands Defendant Jagmohan Dhillon is and was at all relevant times herein a resident of Texas.

12. Ennis Lodging admits Sagestar Management GP, LLC is a Texas limited liability company.

13. Ennis Lodging denies the allegations in Paragraph 13 of Plaintiffs' Complaint. Sagestar Holdings, Ltd. is a Texas limited partnership.

14. Ennis Lodging admits Dennison Lodging, LLC is a Texas limited liability company.

15. Ennis Lodging admits Corsicana Lodging, LLC is a Texas limited liability company.

16. Ennis Lodging denies the allegations and content of Paragraph 16 of Plaintiffs' Complaint.

17. Ennis Lodging denies the allegations and content of Paragraph 17 of Plaintiffs' Complaint.

18. Ennis Lodging denies the allegations and content of Paragraph 18 of Plaintiffs' Complaint.

19. Ennis Lodging denies the allegations and content of Paragraph 19 of Plaintiffs' Complaint.

20. Ennis Lodging denies the allegations and content of Paragraph 20 of Plaintiffs' Complaint.

21. Ennis Lodging denies the allegations and content of Paragraph 21 of Plaintiffs' Complaint.

22. Ennis Lodging denies the allegations and content of Paragraph 22 of Plaintiffs' Complaint.

23. Ennis Lodging denies the allegations and content of Paragraph 23 of Plaintiffs' Complaint.

24. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 24 of Plaintiffs' Complaint and therefore denies the same.

25. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 25 of Plaintiffs' Complaint and therefore denies the same.

26. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 26 of Plaintiffs' Complaint and therefore denies the same.

27. Ennis Lodging denies the allegations and content of Paragraph 27 of Plaintiffs' Complaint.

28. Paragraph 28 of Plaintiffs' Complaint does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of the paragraph.

29. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 29 of Plaintiffs' Complaint and therefore denies the same.

30. Paragraph 30 of Plaintiffs' Complaint does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of the paragraph.

31. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 31 of Plaintiffs' Complaint and therefore denies the same.

32. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of the first two sentence of Paragraph 32 of Plaintiffs' Complaint and therefore denies the same. The final sentence of Paragraph 32 does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of that last sentence.

33. Ennis lodging admits Pacific Hospitality, LLC was a buyer of property in Mount Pleasant, Texas. Ennis Lodging, however, lacks sufficient knowledge to confirm or deny the remaining allegations and content of Paragraph 33 of Plaintiffs' Complaint and therefore denies the same.

34. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 34 of Plaintiffs' Complaint and therefore denies the same.

35. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 35 of Plaintiffs' Complaint and therefore denies the same.

36. Ennis Lodging denies the first sentence of Paragraph 36 of Plaintiffs' Complaint. Based upon information and belief, Ennis Lodging understands that at no time was Pacific Hospitality, LLC involved in purchasing property in Corsicana, Texas. Ennis Lodging lacks sufficient knowledge to confirm or deny the remaining

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

allegations and content of Paragraph 36 of Plaintiffs' Complaint and therefore denies the same.

37. Based upon information and belief, Ennis Lodging denies that Pacific Hospitality, LLC was involved in purchasing property in Denison, Texas. Ennis Lodging lacks sufficient knowledge to confirm or deny the remaining allegations and content of Paragraph 37 of Plaintiffs' Complaint and therefore denies the same.

38. Ennis Lodging denies the allegations and content of Paragraph 38 of Plaintiffs' Complaint.

39. Ennis Lodging denies the allegations and content of Paragraph 39 of Plaintiffs' Complaint.

40. Ennis Lodging lacks sufficient knowledge to confirm or deny the allegations and content of Paragraph 40 of Plaintiffs' Complaint and therefore denies the same.

41. Ennis Lodging denies the allegations and content of Paragraph 41 of Plaintiffs' Complaint.

42. Ennis Lodging denies the allegations and content of Paragraph 42 of Plaintiffs' Complaint.

## FIRST CAUSE OF ACTION
### For Breach of Fiduciary Duty

43. Ennis Lodging denies the allegations and content of Paragraph 43 of Plaintiffs' Complaint.

44. Paragraph 44 of Plaintiffs' Complaint does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of the paragraph.

45. Paragraph 45 of Plaintiffs' Complaint does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of the paragraph.

46. Ennis Lodging denies the allegations and content of Paragraph 46 of Plaintiffs' Complaint.

47. Ennis Lodging denies the allegations and content of Paragraph 47 of Plaintiffs' Complaint.

48. Ennis Lodging denies the allegations and content of Paragraph 48 of Plaintiffs' Complaint.

49. Ennis Lodging denies the allegations and content of Paragraph 49 of Plaintiffs' Complaint.

## SECOND CAUSE OF ACTION
### For Fraud

50. Ennis Lodging denies the allegations and content of Paragraph 50 of Plaintiffs' Complaint.

51. Ennis Lodging denies the allegations and content of Paragraph 51 of Plaintiffs' Complaint.

52. Paragraph 52 of Plaintiffs' Complaint does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of the paragraph.

53. Ennis Lodging denies the allegations and content of Paragraph 53 of Plaintiffs' Complaint.

54. Ennis Lodging denies the allegations and content of Paragraph 54 of Plaintiffs' Complaint.

55. Ennis Lodging denies the allegations and content of Paragraph 55 of Plaintiffs' Complaint.

56. Ennis Lodging denies the allegations and content of Paragraph 56 of Plaintiffs' Complaint.

57. Ennis Lodging denies the allegations and content of Paragraph 57 of Plaintiffs' Complaint.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

58. Ennis Lodging denies the allegations and content of Paragraph 58 of Plaintiffs' Complaint.

### THIRD CAUSE OF ACTION

For Fraudulent Concealment

59. Ennis Lodging denies the allegations and content of Paragraph 59 of Plaintiffs' Complaint.

60. Paragraph 60 of Plaintiffs' Complaint does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of the paragraph.

61. Ennis Lodging denies the allegations and content of Paragraph 61 of Plaintiffs' Complaint.

62. Ennis Lodging denies the allegations and content of Paragraph 62 of Plaintiffs' Complaint.

63. Ennis Lodging denies the allegations and content of Paragraph 63 of Plaintiffs' Complaint.

64. Ennis Lodging denies the allegations and content of Paragraph 64 of Plaintiffs' Complaint.

65. Ennis Lodging denies the allegations and content of Paragraph 65 of Plaintiffs' Complaint.

### FOURTH CAUSE OF ACTION

For Sale of Securities in Violation of Qualification Requirements

66. Ennis Lodging denies the allegations and content of Paragraph 66 of Plaintiffs' Complaint.

67. Ennis Lodging denies the allegations and content of Paragraph 67 of Plaintiffs' Complaint.

68. Ennis Lodging denies the allegations and content of Paragraph 68 of Plaintiffs' Complaint.

69. Ennis Lodging denies the allegations and content of Paragraph 69 of Plaintiffs' Complaint.

## FIFTH CAUSE OF ACTION

For Violation of 18 U.S.C. § 1962(c) (RICO)

70. Ennis Lodging denies the allegations and content of Paragraph 70 of Plaintiffs' Complaint.

71. Paragraph 71 of Plaintiffs' Complaint does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of the paragraph.

72. Paragraph 72 of Plaintiffs' Complaint does not require a response from Ennis Lodging. To the extent a response is deemed necessary, Ennis Lodging denies the allegations and content of the paragraph.

73. Ennis Lodging denies the allegations and content of Paragraph 73 of Plaintiffs' Complaint.

74. Ennis Lodging denies the allegations and content of Paragraph 74 of Plaintiffs' Complaint.

75. Ennis Lodging denies the allegations and content of Paragraph 75 of Plaintiffs' Complaint.

## FIFTH CAUSE OF ACTION

For Unfair Business Practice in Violation of California Business & Professions Code § 17200, *et seq.*

76. Ennis Lodging denies the allegations and content of Paragraph 76 of Plaintiffs' Complaint.

77. Ennis Lodging denies the allegations and content of Paragraph 77 of Plaintiffs' Complaint.

78. Ennis Lodging denies the allegations and content of Paragraph 78 of Plaintiffs' Complaint.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

**Plaintiffs' Prayer**

ON THE FIRST CAUSE OF ACTION

1. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the first paragraph on Cause of Action Number One in their Prayer for Relief.

2. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the second paragraph on Cause of Action Number One in their Prayer for Relief.

3. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the third paragraph on Cause of Action Number One in their Prayer for Relief.

ON THE SECOND CAUSE OF ACTION

1. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the first paragraph on Cause of Action Number Two in their Prayer for Relief.

2. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the second paragraph on Cause of Action Number Two in their Prayer for Relief.

3. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the third paragraph on Cause of Action Number Two in their Prayer for Relief.

ON THE THIRD CAUSE OF ACTION

1. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the first paragraph on Cause of Action Number Three in their Prayer for Relief.

2. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the second paragraph on Cause of Action Number Three in their Prayer for Relief.

3. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the third paragraph on Cause of Action Number Three in their Prayer for Relief.

ON THE FOURTH CAUSE OF ACTION

1. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the first paragraph on Cause of Action Number Four in their Prayer for Relief.

2. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the second paragraph on Cause of Action Number Four in their Prayer for Relief.

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

3. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the third paragraph on Cause of Action Number Four in their Prayer for Relief.

## ON THE FIFTH CAUSE OF ACTION

1. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the first paragraph on Cause of Action Number Five in their Prayer for Relief.

2. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the second paragraph on Cause of Action Number Five in their Prayer for Relief.

3. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the third paragraph on Cause of Action Number Five in their Prayer for Relief.

## ON THE SIXTH CAUSE OF ACTION

1. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the first paragraph on Cause of Action Number Six in their Prayer for Relief.

2. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the second paragraph on Cause of Action Number Six in their Prayer for Relief.

3. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the third paragraph on Cause of Action Number Six in their Prayer for Relief.

## ON ALL CAUSES OF ACTION

1. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the first paragraph for All Causes of Action as set forth in their Prayer for Relief.

2. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the second paragraph for All Causes of Action as set forth in their Prayer for Relief.

3. Ennis Lodging denies the Plaintiffs' are entitled to the relief sought in the third paragraph for All Causes of Action as set forth in their Prayer for Relief.

## **AFFIRMATIVE DEFENSES**

### FIRST AFFIRMATIVE DEFENSE

1. Ennis Lodging alleges as an affirmative defense that Plaintiffs have not alleged any cause of action or stated any facts sufficient to state a claim upon which relief can be granted against it or any Defendant.

## SECOND AFFIRMATIVE DEFENSE

2. Ennis Lodging alleges as an affirmative defense that Plaintiffs have released it, as well as other Defendants, from some and/or all liability for the claims made in their Complaint.

## THIRD AFFIRMATIVE DEFENSE

3. Ennis Lodging alleges as an affirmative defense that Plaintiffs' claims are barred under the doctrine of laches.

## FOURTH AFFIRMATIVE DEFENSE

4. Ennis Lodging alleges as an affirmative defense that Plaintiffs' claims are barred under the doctrine of waiver.

## FIFTH AFFIRMATIVE DEFENSE

5. Ennis Lodging alleges as an affirmative defense that Plaintiffs' claims are barred under the doctrine of estoppel.

## SIXTH AFFIRMATIVE DEFENSE

6. Ennis Lodging alleges as an affirmative defense that Plaintiffs' claims are barred under the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

7. Ennis Lodging alleges as an affirmative defense that Plaintiffs' claims are barred under the applicable statutes of limitations including, without limitation, those imposed by California Code of Civil Procedure §§ 338 and 343, California Corporations Code § 25507, California Business and Professions Code § 17208, and 15 U.S.C. § 15b.

## EIGHTH AFFIRMATIVE DEFENSE

8. Ennis Lodging alleges as an affirmative defense that Plaintiffs failed to mitigate their damages, if any, and are therefore not entitled to the relief sought in their Complaint.

## NINTH AFFIRMATIVE DEFENSE

9. Ennis Lodging alleges as an affirmative defense that to the extent it has any such duties, it, like the other Defendants, has met any duties for good faith and fair dealing toward the Plaintiffs.

## TENTH AFFIRMATIVE DEFENSE

10. Ennis Lodging alleges as an affirmative defense that Plaintiffs have not alleged and cannot prove facts that give rise to a claim for punitive damages under California or federal law.

## ELEVENTH AFFIRMATIVE DEFENSE

11. Ennis Lodging alleges as an affirmative defense that punitive damages as sought by Plaintiffs are prohibited under applicable state and/or federal law.

## TWELFTH AFFIRMATIVE DEFENSE

12. Ennis Lodging alleges as an affirmative defense that Plaintiffs' claims are barred by public policy.

## THIRTEENTH AFFIRMATIVE DEFENSE

13. Ennis Lodging alleges as an affirmative defense that any and all of its acts, like the other Defendants, are and were permitted by law.

## FOURTEENTH AFFIRMATIVE DEFENSE

14. Ennis Lodging alleges as an affirmative defense that Plaintiffs lack standing.

## FIFTEENTH AFFIRMATIVE DEFENSE

15. Ennis Lodging alleges as an affirmative defense that jurisdiction and venue of this matter is not proper in the state of California or this district.

## SIXTEENTH AFFIRMATIVE DEFENSE

16. Ennis Lodging alleges as an affirmative defense that any acts attributed to Defendants are not chargeable under state or federal law.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17. Ennis Lodging alleges as an affirmative defense that Plaintiffs failed to use that degree of care as would have been used by a reasonably prudent person under the same or similar circumstances, thereby producing or proximately causing or contributing to cause their damages, if any.

## EIGHTEENTH AFFIRMATIVE DEFENSE

**18.** Ennis Lodging alleges as an affirmative defense that Plaintiffs' damages, if any, were caused by acts of third persons not under its control. Such acts or omissions of said third persons may have been the sole, producing, and/or proximate cause of Plaintiffs' damages, if any.

## **REQUEST FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Defendant, Ennis Lodging, LLC, respectfully prays that Plaintiffs take nothing by this suit, that Defendant be permitted to recover all costs and expenses incurred on its behalf, and for such other and further relief to which it may show itself justly entitled.

Dated: May 10, 2011             BRYAN CAVE LLP

/s/ Jep P. White
Jed P. White

Attorneys for Defendants MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; SAGESTAR MANAGEMENT GP, LLC; SAGESTAR HOLDINGS, LTD; DENISON LODGING, LLC; CORSICANA LODGING, LLC; DAXESH PATEL; SANJAY PATEL; and ENNIS LODGING, LLC

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386