Name & Address:
Craig R. Smith (State Bar No.: 180338)
Smith Law Firm, APLC
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Tel: 818-703-6057 / Fax: 818-703-6058

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MANMOHAN CHHABRA; PARSHOTAM KAMBOJ; RANJIT SINGH; DARSHAN SINGH; SHERBIR SANT; [see attachment]

PLAINTIFF(S)

v.

MEHUL PATEL aka MIKE PATEL; CHIRG PATEL aka CHUCK PATEL; [see attachment]

DEFENDANT(S).

CASE NUMBER

CV11-03724 RGK

**SUMMONS**

TO: DEFENDANT(S): MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; JAGMOHAN DHILLON; DHILLON MANAGEMENT, INC., a California Corporation [see attached]

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ ____First____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Craig R. Smith, Smith Law Firm, whose address is 21550 Oxnard Street, #760, Woodland Hills, California 91367. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP - 2 2011       By: MARILYN DAVIS
                              Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

1  CRAIG R. SMITH (State Bar No. 180338)
   SMITH LAW FIRM
2  A Professional Law Corporation
   21550 Oxnard Street, Suite 760
3  Woodland Hills, California 91367
   Telephone:      (818) 703-6057
4  Facsimile:   (818) 703-6058

5
   Attorneys for Plaintiffs Manmohan Chhabra, Parshotam Kamboj, Ranjit Singh,
6  Darshan Singh, Sherbir Sant, Surinder-Pal Arora, Santokh Arora, and Pacific
   Hospitality, LLC, a Texas limited liability company
7

8                  UNITED STATES DISTRICT COURT

9           FOR THE CENTRAL DISTRICT OF CALIFORNIA

10 MANMOHAN CHHABRA;                    ) CASE NO. CV11-03724 RGK (VBKx)
   PARSHOTAM KAMBOJ; RANJIT             )
11 SINGH; DARSHAN SINGH; SHERBIR        ) FIRST AMENDED COMPLAINT
   SANT; SURINDER-PAL ARORA;            ) FOR:
12 SANTOKH ARORA; and PACIFIC           )
   HOSPITALITY, LLC, a Texas limited    ) 1)  BREACH OF FIDUCIARY
13 liability company;                   )     DUTY;
                                        ) 2)  FRAUD;
14            Plaintiffs,               ) 3)  FRAUDULENT
                                        )     CONCEALMENT;
15      vs.                             ) 4)  FALSE PROMISE;
                                        ) 5)  VIOLATION OF 18 U.S.C.
16 MEHUL PATEL aka MIKE PATEL;          )     §1962(c) (RICO);
   CHIRAG PATEL aka CHUCK PATEL;        ) 6)  UNFAIR BUSINESS
17 JAGMOHAN DHILLON; DHILLON            )     PRACTICE IN VIOLATION
   MANAGEMENT, INC., a California       )     OF CALIFORNIA BUSINESS
18 Corporation; NEW HOPE                )     & PROFESSIONS CODE
   HOSPITALITY, LLC, a Texas Limited    )     §17200 et seq.
19 liability company; NEWCREST          )
   HOTELS, LTD a Texas limited          )
20 partnership; SAGESTAR                ) DEMAND FOR JURY TRIAL
   MANAGEMENT GP, LLC, a Texas          )
21 limited liability company; SAGESTAR  )
   HOLDINGS, LTD, a Texas limited       )
22 partnership; ENNIS LODGING, LLC, a   )
   Texas limited liability company;     )
23 DENISON LODGING, LLC, a Texas        )
   limited liability company; CORSICANA )
24 LODGING, LLC, a Texas limited liability)
   company; and DOES 1 through 10,      )
25 inclusive,                           )
                                        )
26            Defendants.               )
                                        )
27

28
                           - 1 -

FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL