DANIEL C. LAPIDUS (Bar No. 227170)
dan@lapiduslaw.com
JIM D. BAUCH (Bar No. 199454)
jim@lapiduslaw.com
EVAN PITCHFORD (Bar No. 256536)
evan@lapiduslaw.com
LAPIDUS & LAPIDUS
A PROFESSIONAL LAW CORPORATION
177 SOUTH BEVERLY DRIVE
BEVERLY HILLS, CALIFORNIA 90212
TEL: 310-550-8700
FAX: 310-943-2471

Attorneys for Defendant Jagmohan Dhillon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANMOHAN CHHABRA; PARHOTAM KAMBOJ; RANJIT SINGH; DARSHAN SINGH; SHERBIR SANT; SURINDER-PAL ARORA; SANTOKH ARORA; and PACIFIC HOSPITALITY, LLC a Texas limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; JAGMOHAN DHILLON; DHILLON MANAGEMENT, INC., a California corporation; NEW HOPE HOSPITALITY, LLC, a Texas limited liability company; STARLITE HOTELS, LLC, a Texas limited liability company; NEWCREST HOTELS, LTD, a Texas limited partnership; SAGESTAR MANAGEMENT GP, LLC, a Texas limited liability company; SAGESTAR HOLDINGS, LTD, a Texas limited partnership; DENISON LODGING, LLC, a Texas limited liability company; CORSICANA LODGING, LLC, a Texas limited liability company; and DOES 3 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-03724-RGK (VBKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JAGMOHAN DHILLON'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(6) and 9(b)]<br><br>[Notice of Motion, Motion, and Memorandum of Points and Authorities filed concurrently herewith.]<br><br>Hearing<br>Date:    November 7, 2011<br>Time:    9:00 a.m.<br>Dep't:    840<br>Judge:    The Hon. R. Gary Klausner<br><br>Action Filed:    May 25, 2010<br>Removal Date:    April 29, 2011<br>SAC Filed:    September 16, 2011<br>Trial Date:    May 1, 2012 |

The Motion of Defendant Jagmohan Dhillon ("Dhillon") for an order to dismiss the first, second, third, fourth, fifth, and sixth causes of action filed by Plaintiffs Manmohan Chhabra, Parhotam Kamboj, Ranjit Singh, Darshan Singh, Sherbir Sant, Surinder-Pal Arora, Santokh Arora, and Pacific Hospitality, LLC (collectively, "Plaintiffs") in the First Amended Complaint, pursuant to Federal Rules of Civil Procedure, Rules 12(b)(6) and 9(b), was regularly heard at the above date and time. Counsel for Dhillon and Plaintiffs made appearances at the hearing.

Upon consideration of Dhillon's Motion to Dismiss Plaintiffs' Second Amended Complaint, and having reviewed the papers submitted, and having considered the arguments of counsel,

IT IS HEREBY ORDERED THAT: Dhillon's motion is GRANTED. The Court hereby dismisses with prejudice and without leave to amend:

(1) the first claim for Breach of Fiduciary Duty;

(2) the second claim for Fraud;

(3) the third claim for Fraudulent Concealment;

(4) the fourth claim for False Promise;

(5) the fifth claim for Violation of 18 U.S.C. § 1962(c) (RICO); and

(6) the sixth claim for Unfair Business Practices (California Bus. & Prof. Code § 17200 et seq.)

IT IS FURTHER ORDERED that Jagmohan Dhillon is dismissed from this case.

IT IS SO ORDERED.

DATED: _____

_____
R. GARY KLAUSNER
United States District Judge