UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-03724-RGK (VBKx) | Date | December 6, 2011 |
| Title | Manmohan Chhabra, et al. v. Mehul Patel, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| V. Del Rio for S. Williams | Not Reported | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS)** Defendant Jagmohan Dhillon's Motion to Dismiss Case (DE 56) and Defendants Corsicana Lodging, LLC, Denison Lodging, LLC, Ennis Lodging, LLC, Newcrest Hotels Ltd, Chirag Patel, Mehul Patel, Sagestar Holdings, Ltd., Sagestar Management GP, LLC's Motion to Dismiss Case (DE 57)

The Court hereby advises counsel that the above-referenced motions, noticed for hearing on December 12, 2011, has been taken **under submission** and off the motion calendar. **No appearances by counsel are necessary**. The Court will issue a ruling after full consideration of properly submitted pleadings.

**IT IS SO ORDERED.**

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |