CRAIG R. SMITH (State Bar No. 180338)
SMITH LAW FIRM
A Professional Law Corporation
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone:      (818) 703-6057
Facsimile:   (818) 703-6058

Attorneys for Plaintiffs Manmohan Chhabra, Parshotam Kamboj, Ranjit Singh, Darshan Singh, Sherbir Sant, Surinder-Pal Arora, Santokh Arora, and Pacific Hospitality, LLC, a Texas limited liability company

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANMOHAN CHHABRA; PARSHOTAM KAMBOJ; RANJIT SINGH; DARSHAN SINGH; SHERBIR SANT; SURINDER-PAL ARORA; SURINDER-PAL ARORA; SANTOKH ARORA; and PACIFIC HOSPITALITY, LLC, a Texas limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; JAGMOHAN DHILLON; SAGESTAR MANAGEMENT GP, LLC, a Texas limited liability company; SAGESTAR HOLDINGS, LTD, a Texas limited partnership; DENISON LODGING, LLC, a Texas limited liability company; CORSICANA LODGING, LLC, a Texas limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 2:11-03724 RGK (VBKx)<br><br>STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT |

Plaintiffs Manmohan Chhabra, Parshotam Kamboj, Ranjit Singh, Darshan Singh, Sherbir Sant, Surinder-Pal Arora, Santokh Arora, and Pacific Hospitality, LLC, a Texas limited liability company and Defendants Mehul (a.k.a. Mike) Patel, Chirag (a.k.a. Chuck) Patel, Sagestar Management GP, LLC, Sagestar Holdings,

Ltd., Newcrest Hotels, Ltd., Denison Lodging, LLC, Corsicana Lodging, LLC, and Ennis Lodging, LLC and Jagmohan Dhillon, through their designated counsel of record, hereby stipulate that the Second Amended Complaint as well as any and all remaining cross-claims and counterclaims in the above-entitled action be and hereby are dismissed with prejudice in their entirety under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), except that this Court shall retain jurisdiction over the parties and the action to enforce the terms of parties' settlement agreement and to resolve any dispute that arises under the settlement agreement. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED: January 3, 2012

SMITH LAW FIRM
A Professional Law Corporation

By: ____/S_____
CRAIG R. SMITH
Attorneys for Plaintiffs
MANMOHAN CHHABRA, PARSHOTAM KAMBOJ, RANJIT SINGH, DARSHAN SINGH, SHERBIR SANT, SURINDER-PAL ARORA, SURINDER-PAL ARORA, SANTOKH ARORA and PACIFIC HOSPITALITY, LLC, a Texas limited liability company

DATED: January 3, 2012

BRYAN CAVE LLP

By: ____/S_____
THOMAS ADAIR
Attorney for Defendants
MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; SAGESTAR MANAGEMENT GP, LLC, a Texas limited liability company; SAGESTAR HOLDINGS, LTD, a Texas limited partnership; DENISON LODGING, LLC, a Texas limited liability company; CORSICANA LODGING, LLC, a Texas limited liability company; ENNIS LODGING, LLC

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT

| | | |
|---|---|---|
| 1 | DATED: January 3, 2012 | LAPIDUS & LAPIDUS, PLC |
| 2 | | |
| 3 | | By: _____/S_____ |
| 4 | | DANIEL C. LAPIDUS<br>Attorney for Defendant<br>JAGMOHAN DHILLON |

- 3 -

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT