1  CRAIG R. SMITH (State Bar No. 180338)
   SMITH LAW FIRM
2  A Professional Law Corporation
   21550 Oxnard Street, Suite 760
3  Woodland Hills, California 91367
   Telephone:       (818) 703-6057
4  Facsimile:   (818) 703-6058

5
   Attorneys for Plaintiffs Manmohan Chhabra, Parshotam Kamboj, Ranjit Singh,
6  Darshan Singh, Sherbir Sant, Surinder-Pal Arora, Santokh Arora, and Pacific
   Hospitality, LLC, a Texas limited liability company
7
                    UNITED STATES DISTRICT COURT
8
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

| MANMOHAN CHHABRA; PARSHOTAM KAMBOJ; RANJIT SINGH; DARSHAN SINGH; SHERBIR SANT; SURINDER-PAL ARORA; SURINDER-PAL ARORA; SANTOKH ARORA; and PACIFIC HOSPITALITY, LLC, a Texas limited liability company; | CASE NO. CV 2:11-03724 RGK (VBKx) [PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT |
|---|---|
| Plaintiffs, | |
| vs. | |
| MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; JAGMOHAN DHILLON; SAGESTAR MANAGEMENT GP, LLC, a Texas limited liability company; SAGESTAR HOLDINGS, LTD, a Texas limited partnership; DENISON LODGING, LLC, a Texas limited liability company; CORSICANA LODGING, LLC, a Texas limited liability company; and DOES 1 through 100, inclusive, | |
| Defendants. | |

Based on the Stipulation for Voluntary Dismissal With Prejudice entered into between Plaintiffs Manmohan Chhabra, Parshotam Kamboj, Ranjit Singh, Darshan Singh, Sherbir Sant, Surinder-Pal Arora, Santokh Arora, and Pacific Hospitality, LLC, a Texas limited liability company and Defendants Mehul (a.k.a. Mike) Patel, Chirag (a.k.a. Chuck) Patel, Sagestar Management GP, LLC, Sagestar

- 1 -

1 | Holdings, Ltd., Newcrest Hotels, Ltd., Denison Lodging, LLC, Corsicana
2 | Lodging, LLC, and Ennis Lodging, LLC and Jagmohan Dhillon
3 | **IT IS HEREBY ORDERED THAT**:
4 | Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Second
5 | Amended Complaint as well as any and all remaining cross-claims and
6 | counterclaims in the above-entitled action are hereby dismissed with prejudice,
7 | except that this Court shall retain jurisdiction over the parties and the action to
8 | enforce the terms of parties' settlement agreement and to resolve any dispute that
9 | arises under the settlement agreement. Each party shall bear its own costs and
10 | attorneys' fees.
11 | **IT IS SO ORDERED.**
12 |
13 | Dated:
14 | _____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE