**CRAIG R. SMITH** (State Bar No. 180338)
**SMITH LAW FIRM**
A Professional Law Corporation
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Telephone:     (818) 703-6057
Facsimile:   (818) 703-6058

JS - 6

Attorneys for Plaintiffs Manmohan Chhabra, Parshotam Kamboj, Ranjit Singh, Darshan Singh, Sherbir Sant, Surinder-Pal Arora, Santokh Arora, and Pacific Hospitality, LLC, a Texas limited liability company

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANMOHAN CHHABRA; PARSHOTAM KAMBOJ; RANJIT SINGH; DARSHAN SINGH; SHERBIR SANT; SURINDER-PAL ARORA; SURINDER-PAL ARORA; SANTOKH ARORA; and PACIFIC HOSPITALITY, LLC, a Texas limited liability company;<br><br>Plaintiffs,<br><br>vs.<br><br>MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; JAGMOHAN DHILLON; SAGESTAR MANAGEMENT GP, LLC, a Texas limited liability company; SAGESTAR HOLDINGS, LTD, a Texas limited partnership; DENISON LODGING, LLC, a Texas limited liability company; CORSICANA LODGING, LLC, a Texas limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. CV 2:11-03724 RGK (VBKx)<br><br>[~~PROPOSED~~] ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT |

Based on the Stipulation for Voluntary Dismissal With Prejudice entered into between Plaintiffs Manmohan Chhabra, Parshotam Kamboj, Ranjit Singh, Darshan Singh, Sherbir Sant, Surinder-Pal Arora, Santokh Arora, and Pacific Hospitality, LLC, a Texas limited liability company and Defendants Mehul (a.k.a. Mike) Patel, Chirag (a.k.a. Chuck) Patel, Sagestar Management GP, LLC, Sagestar

- 1 -

Holdings, Ltd., Newcrest Hotels, Ltd., Denison Lodging, LLC, Corsicana Lodging, LLC, and Ennis Lodging, LLC and Jagmohan Dhillon

**IT IS HEREBY ORDERED THAT**:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Second Amended Complaint as well as any and all remaining cross-claims and counterclaims in the above-entitled action are hereby dismissed with prejudice, except that this Court shall retain jurisdiction over the parties and the action to enforce the terms of parties' settlement agreement and to resolve any dispute that arises under the settlement agreement. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: January 6, 2012 _____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT